## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | 5:04-CR-80 (WDO) |
| RONALD BELL, : | |
| : | |
| Defendant : | |

## ORDER

Defendant Bell's motion to continue sentencing having been carefully considered is hereby GRANTED. Defendant Bell shall be placed on the May 10, 2007 sentencing calendar.

**SO ORDERED this 3rd day of April, 2007.**

S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**